JS-6
cc: Fiscal

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| GE COMMERCIAL DISTRIBUTION FINANCE CORPORATION, a Delaware Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>CAMP AMERICA RVS, INC., COULA RINGGOLD A/K/A COULA DUBUC-RINGGOLD and COULA DUBUC, NELSON RINGGOLD, and ROBERT W. CRAWLEY,<br><br>Defendants. | CASE NO: 2:12-cv-04784<br><br>Judge Michael W. Fitzgerald<br><br>ORDER ON<br>**STIPULATED ORDER FOR DISMISSAL** |

UPON agreement between the Plaintiff, GE COMMERCIAL DISTRIBUTION FINANCE CORPORATION ("CDF" or "Plaintiff"), by and through undersigned counsel, and the Defendant CAMP AMERICA RVS, INC. ("Defendant Dealer"),

1

COULA RINGGOLD A/K/A COULA DUBUC-RINGGOLD AND COULA DUBUC, NELSON RINGGOLD, AND ROBERT W. CRAWLEY (collectively "Defendants"), by and through undersigned counsel, pursuant to California *Code of Civil Procedure* § 581, and FED. R. CIV. P. 41, and Plaintiff having filed the instant Stipulated Order for Dismissal ("Dismissal"); and

WHEREAS, the Defendants have satisfied the terms of the Agreed Order;

IT IS HEREBY STIPULATED AND AGREED that this matter has been fully and finally resolved and it is appropriate to dismiss the litigation with prejudice;

IT IS FURTHER STIPULATED AND AGREED that CDF's undertaking in the amount of $1,378,449.18 is hereby terminated and the Clerk is directed to release the undertaking to the surety;

IT IS FURTHER STIPULATED AND AGREED that each side shall bear their own attorney's fees and costs; and

IT IS FURTHER STIPULATED AND AGREED that this case be closed.

DATED: May 21, 2013.

_____
Marlene L. Allen-Hammarlund
Nicholas A. Firetag
Gresham Savage Nolan & Tilden, PC
3750 University Avenue, Suite 250
Riverside, CA 92501-3335
Office: (951) 684-2171 Ext.8305
Fax: (951) 684-2150
Marlene.Allen@GreshamSavage.com
*Attorneys for Plaintiff*

_____
Christopher L. Ramey
Ramey & Perry APC
3838 Camino del Rio North, Suite 120
San Diego, CA 92108-1762
Office: (619) 542-1530
Fax: (619) 542-1541
cramey@rameyandperry.com
*Attorney for Defendants*

IT IS SO ORDERED:

DATED: May 31, 2013

_____
Judge Michael W. Fitzgerald

2

STIPULATED ORDER FOR DISMISSAL

MEM-2029884-1
G548-000 -- 1124926.1

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF RIVERSIDE

Re: GE COMMERCIAL DISTRIBUTION FINANCE v. CAMP AMERICA RVs, INC.
Central District of California, Case No. CV 12-04784 MWF (SSx)

I am employed in the County of Riverside, State of California. I am over the age of 18 years and not a party to the within action, my business address is 3750 University Avenue, Suite 250, Riverside, CA 92501-3335.

On May 30, 2013, I served copies of the within documents described as STIPULATED ORDER FOR DISMISSAL on the interested parties in this action in a sealed envelope addressed as follows:

Christopher L. Ramey, Esq.
RAMEY & Perry APC | A Professional Law Group
3838 Camino del Rio North, Suite 120
San Diego, CA 92108-1762

[X] **BY MAIL** - I am "readily familiar" with the firm's practice of collecting and processing correspondence for mailing. Under that practice, it would be deposited with the United States Postal Service on the same day in the ordinary course of business, with postage thereon fully prepaid at Riverside, California. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] **BY PERSONAL SERVICE** - I caused such envelope to be delivered by hand to the offices of the addressee pursuant to C.C.P. § 1011.

[ ] **BY EXPRESS MAIL/OVERNIGHT DELIVERY** - I caused such envelope to be delivered by hand to the office of the addressee via overnight delivery pursuant to C.C.P. § 1013(c), with delivery fees fully prepaid or provided for.

[ ] **BY FACSIMILE** - I caused such document to be delivered to the office of the addressee via facsimile machine pursuant to C.C.P. § 1013(e). Said document was transmitted to the facsimile number of the office of the addressee from the office of Gresham Savage Nolan & Tilden, in Riverside, California, on the date set forth above. The facsimile machine I used complied with California Rules *of Court*, Rule 2003(3) and no error was reported by the machine. Pursuant to California *Rules of Court*, Rule 2009(i), I caused the machine to print a record of the transmittal, a copy of which is attached to this declaration.

[X] **FEDERAL** - I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on May 30, 2013, at Riverside, California.

DINA M. SNIDER

GRESHAM | SAVAGE
ATTORNEYS AT LAW
3750 UNIVERSITY AVE.
STE. 250
RIVERSIDE, CA 92501-3335
(951) 684-2171

G548-000 -- 917595.1

1

PROOF OF SERVICE